IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAN HENG | : | CIVIL ACTION |
| | : | |
| v. | : | No. 24-6119 |
| | : | |
| SECRETARY OF THE NAVY | : | |

## ORDER

AND NOW, this 30th day of March, 2026, upon consideration of Defendant Secretary of the Navy's ("the Navy") Motion to Dismiss (Dkt. No. 11) and Plaintiff Sang Heng's response thereto—and for the reasons set forth in the accompanying Memorandum—it is ORDERED the Motion is DENIED.

It is FURTHER ORDERED the Navy is to file its answer by **April 13, 2026**.

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, J.